**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **KENT BURLEIGH** | **CASE NO. 6:25-CV-00638** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **PIONEER PRODUCTION SERVICES INC ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

# JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion for Summary Judgment (doc. 63) filed by Third-Party Defendant and Cross- Defendant W&T Offshore, Inc. is **DENIED** as premature.

**THUS DONE AND SIGNED** in chambers on this 17th day of November, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**